# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

☐ ORIGINAL

| | |
|---|---|
| Case Number: **SA CR 08 - 00140** | Defendant Number: **1** |
| U.S.A. v. **HENRY T. NICHOLAS, III** | Date of Birth: **1959** |
| ☒ Indictment  ☐ Information | Investigative Agency (FBI, DEA, etc.): **FBI** |

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☒ Felony
b. Date of Offense: **1999-2008**
c. County in which first offense occurred: **ORANGE**
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☐ Los Angeles       ☐ Ventura
   ☒ Orange            ☐ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other: _____

Citation of offense: **21 U.S.C. § 846 and 21 U.S.C. § 856(a)(1)**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____**N/A**_____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: ___**N/A**___
   Case Number: _____
   Charging: _____

The Complaint:  ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*         ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☒ Yes*         ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the ___**N/A**___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*         ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*         ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes          ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**
- ☒ Male  ☐ Female
- ☒ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:  ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☒ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive?  ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:  ☒ Yes  ☐ No

Defendant is **IN** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 400

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____ N/A _____

Date: **JUNE 4, 2008**

*[signature]*

*Signature of Assistant U.S. Attorney*

**KENNETH B. JULIAN**
*Print Name*

CR-72 (07/05)  CASE SUMMARY  Page 1 of 2