## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 08-140 CJC | Date | June 16, 2008 |
|---|---|---|---|

| Present: The Honorable | ARTHUR NAKAZATO, U.S. Magistrate Judge |
|---|---|
| Interpreter | |

| Melissa Cash | CS 6-16-08 | A. Stolper; K. Julian; R. Adkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henry T. Nicholas, III | X | | X | James Riddet; Brendan Sullivan; Barry Simon | X | | X |

**Proceedings:**   Defendant's Motion for Clarification of Conditions of Release

    Case is called.  Counsel state appearances.  This motion has been referred to Magistrate Judge Nakazato.  Counsel for the defendant informs the Court that the parties have resolved the issues in the motion, and the defendant has signed a waiver that is accepted by Pretrial Services.  No argument by counsel.  Defendant's request to remove the motion from the Court's calendar is granted.

00 : 05

Initials of Deputy Clerk    mc

cc: PSA-SA