## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACR 08-00140-CJC | Date September 19, 2008 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Lori Anderson for Michelle Urie | None | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henry T. Nicholas, III | Not | | X | James D. Riddett | Not | | X |
| | | | | Brendan V. Sullivan, Jr. | Not | | X |

**Proceedings:**  (IN CHAMBERS) ORDER

The Court hereby orders that it's Order dated September 18, 2008, (Document Number 91) be placed Under Seal.

:  00

Initials of Deputy Clerk  lma

cc: