GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
JEANNIE M. JOSEPH
Assistant United States Attorney
(Cal. State Bar # 180399)
    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 W. 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3576
    Facsimile: (714) 338-3708
    Email: jeannie.joseph@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 08-140-CJC |
| Plaintiff, | <u>REQUEST FOR DISMISSAL</u> |
| v. | [Fed.R.Crim.P. 48] |
| HENRY T. NICHOLAS, III, | |
| Defendant. | |

On December 15, 2009, the Court ordered, among other things, dismissal of the criminal fraud case against DR. HENRY T. NICHOLAS, III (<u>United States v. Henry T. Nicholas, III</u>, SA CR 08-139-CJC) ("the fraud case"). At that time, the Court scheduled a hearing on February 2, 2010 for the government to show cause whether the above-captioned case charging DR. NICHOLAS with narcotics-related offenses ("the narcotics case") should proceed in light of the Court's December 15, 2009 ruling. As the

-1-

government has previously stated, it disagrees with the Court's findings and rulings in the fraud case. Nevertheless, in light of the Court's rulings, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to dismiss the indictment against defendant HENRY T. NICHOLAS, III in the narcotics case.

Dated:   January 7, 2010

                                    Respectfully submitted,

                                    GEORGE S. CARDONA
                                    Acting United States Attorney

                                    ROBB C. ADKINS
                                    Assistant United States Attorney
                                    Chief, Santa Ana Branch Office


                                  _____/s/_____
                                  JEANNIE M. JOSEPH
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America