JS-3

GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
JEANNIE M. JOSEPH
Assistant United States Attorney
(Cal. State Bar # 180399)
    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 W. 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3576
    Facsimile: (714) 338-3708
    Email: jeannie.joseph@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ SPM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SA CR No. 08-140-CJC |
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. | ) [Fed.R.Crim.P. 48] |
| HENRY T. NICHOLAS, III, | ) |
| Defendant. | ) |

WHEREAS the United States Attorney for the Central District of California (the "government"), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, has moved to dismiss the indictment against defendant HENRY T. NICHOLAS, III ("defendant") in the above-captioned case,

IT IS SO ORDERED.

Dated: January 28, 2010

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE